■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR ALGARIN, Appellant. [43 NYS3d 760]—Judgment, Supreme Court, Bronx County (John W. Carter, J.), rendered October 31, 2013, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the

sentence. Concur—Acosta, J.P., Mazzarelli, Andrias, Feinman and Webber, JJ.